IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LEVONZEL ANDERSON                                                                    PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:07cv728-JCS

GLENN HAMILTON, et al.                                                            DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order, judgment is entered in favor of Defendants, and Plaintiff's claims are hereby dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

SO ORDERED AND ADJUDGED, this the 22nd day of September, 2009.

/s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE